UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTONINA MAGID, et al.,

                Plaintiffs,

      -against-

RITZ-CARLTON HOTEL COMPANY, L.L.C.
d/b/a THE RITZ-CARLTON, SAN JUAN HOTEL,
SPA & CASINO,

                Defendant.
-----------------------------------------------------------X

**ORDER**

05 CV 3806 (RJD) (CLP)

DEARIE, District Judge.

On July 25, 2006, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that this suit be dismissed for lack of prosecution. The Court has reviewed the Report and Recommendation, and no objections have been filed. The Court adopts Magistrate Judge Pollak's Report and Recommendation without qualification. This action is hereby dismissed.

The Clerk is directed to mail copies of this order to the parties.

SO ORDERED.

Dated: Brooklyn, New York
       August 16, 2006

                                  s/ Judge Raymond J. Dearie

                                  RAYMOND J. DEARIE
                                  United States District Judge